Abe Brown, as Trustee for Pauline, Anna and Daisy Brown, Appellant, vs. Isreal Brown, Appellee.

Appeal from Circuit Court Marion county.

*O. T. Green,* for Appellant.

*Anderson & Hocker and A. W. Cockrell & Son,* for Appellee.

The bill in this cause was filed by the appellant against the appellee. There was decree for the defendant, and the complainant appeals.

Appeal dismissed because no properly certified transcript of record has been filed.

Petition to vacate order of dismissal denied November 1, 1898.